UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In re:
Emi Esther Burgos,
      Debtor(s).

Case No. 6:10-bk-11432-ABB
Chapter 7 Case

### ORDER GRANTING U.S. BANK, N.A. RELIEF FROM STAY

**THIS CASE** came on for consideration on the Motion for Relief from the Automatic Stay (Document No. 14) filed by US Bank, N.A., its Successors and/or Assigns ("Secured Creditor"). No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED**:

      1.      The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Secured Creditor's interest in the real property located at 2597 Grassy Point Drive, #203, Lake Mary, Florida 32746, legally described as:

> **CONDOMINIUM UNIT 203, BUILDING 12, REGENCY PARK AT LAKE MARY, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 6016, PAGE 1, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

2. This Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the property, and Secured Creditor shall not seek nor obtain an *in personam* judgment against the Debtor.

**DONE AND ORDERED** in Orlando, Florida on September 28, 2010.



Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to:

William E. Grantmyre, Jr., Esq., Attorney for U.S. Bank, N.A., Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324-3920

Emi Esther Burgos, PO Box 952193, Lake Mary, FL 32795

Marie E. Henkel, Trustee, 3560 South Magnolia Avenue, Orlando, FL 32806

U.S. Trustee, United States Trustee - ORL7, 135 W Central Blvd., Suite 620, Orlando, FL 32801

09-32042 (FRB).mfr